IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE THOMAS and AMBER JOSEPH, | No. C 10-01016 SI |
| Plaintiff, | **SEPARATE JUDGMENT IN FAVOR OF DEFENDANT UNITED STATES ONLY** |
| v. | |
| AIS-AUTO INSURANCE SPECIALISTS, INC., MERCURY INSURANCE GROUP, | |
| Defendant. / | |

In accordance with the Court's order dismissing all claims against defendant United States of America for lack of subject matter jurisdiction, judgment is hereby entered separately in favor of the United States of America and against plaintiffs, F.R.Civ.P. 54(b). This judgment does not affect the claims against the remaining defendants, which are being remanded to state court by separate order.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 26, 2010

SUSAN ILLSTON
United States District Judge