IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE THOMAS and AMBER JOSEPH, | No. C 10-01016 SI |
| Plaintiffs, | **ORDER REMANDING ACTION** |
| v. | |
| AIS-AUTO INSURANCE SPECIALISTS, INC., MERCURY INSURANCE GROUP, | |
| Defendants. | |

On April 14, 2010, in conjunction with its order dismissing defendant United States of America, this Court issued an order to show cause why this action should not be remanded to the Contra Costa County Superior Court for lack of federal jurisdiction. No party having made any showing in response to the Court's order, and it appearing that there is no basis for jurisdiction in this Court, the Court hereby REMANDS this action to the Small Claims Division of the Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: April 26, 2010

SUSAN ILLSTON
United States District Judge